JS-6

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

13  | United States of America,

14  |             Petitioner,

15  |                  v.

16  | Adam Ohnstad,

17  |             Respondent.

Case No. 2:22-cv-04747-FMO-JCx

Order Closing Case

18
19
20
21

Based upon the Status Report filed by the United States, this case is hereby closed.

22
23   DATED: November 21, 2022

24

25

26

27

28

                                    /s/
_____

HON. FERNANDO M. OLGUIN

United States District Judge

1